# Elmhurst*

**HOSPITAL CENTER**

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUN 2 5 2012 ★

BROOKLYN OFFICE

New York City
Health and Hospitals Corporation
Affiliated with
Mt. Sinai School of Medicine

To whom it may concern,

Mr. Ghulam Mesbahuddin the primary care taker of his mother, Mrs. Mohsena, who has been an inpatient at Elmhurst Hospital 5/27/12, and currently remains an inpatient, has been an integral part of her care. Given the language and culture barriers Mrs. Mohsena faces, along with her complex medical problems including end stage renal disease, heart failure, and an infectious process requiring multiple surgeries, Mr Mesbahuddi has allowed the medical staff to integrate the patients care with her personally, allowing for her anxieties not to imperil her care. Therefore, Mr. Mesbahuddi's is an integral part of his mother's medical care, and therefore is limited in participating in other activities.

Dr. Parham Amini MD

6/14/12

79-01 Broadway
Elmhurst, New York 11373
Tel:   718 334-4000

# Elmhurst
## HOSPITAL CENTER

New York City Health and
Hospitals Corporation
Affiliated with
Mt. Sinai School of Medicine

79-01 Broadway
Elmhurst, New York 11373