Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

### United States District Court

Eastern District of New York

Caption:

U.S.A

v.

Ghulam Mesbahuddin

Docket No.: 10-CR-726(S-2) (NGG)

Honorable Nicholas G. Garaufis
(District Court Judge)

Notice is hereby given that Ghulam Mesbahuddin appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on June 15, 2012.
(date)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ✓  Other ☐

Defendant found guilty by plea ☐  | trial ✓ | N/A ☐

Offense occurred after November 1, 1987? Yes ✓  No ☐  N/A ☐

Date of sentence: June 15, 2012   N/A ☐

Bail/Jail Disposition: Committed ✓  Not committed ☐  N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐     If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | John L. Russo, Esq. |
| Counsel's Address: | 31-19 Newtown Ave, Suite 500 |
| | Astoria, New York 11102 |
| Counsel's Phone: | (718)777-1277 |
| Assistant U.S. Attorney: | Michael P Canty, Esq |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, N.Y. 11201 |
| AUSA's Phone: | (631)715-7874 |

Signature